FILED

2003 OCT -8 P 12: 33

US DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : |
| --- | --- |
| PLAINTIFFS, | : DN 3:03 CV 275 (AHN) |
| V. | : |
| | : DATE: OCTOBER 6, 2003 |
| 28.8 ACRES OF LAND, ET AL | : |
| DEFENDANTS. | : |

10/10, 2003 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Brenden P. Leydon #CT 16026, hereby moves to withdraw his appearance for the Defendants Marlyn Tsai and The Calf Island Community Trust, Inc. in the above entitled action, for the reason that he has been discharged by said clients.

Therefore, pursuant to Rule 1.16(a)(3) of the Rules of Professional Conduct, he is obligated to withdraw. A copy of this motion has been sent certified mail to said defendants, and a copy of the return receipts will be provided to the Court once they are received.

        The Defendants Marlyn Tsai and
The Calf Island Community
Trust, Inc.,

By /s/ Brenden P. Leydon
Brenden P. Leydon #CT 16026
TOOHER & WOCL, L.L.C.
1100 Summer Street
Stamford, CT 06905
Phone (203) 324-6164
Fax (203) 324-1407
bleydon@tooherwocl.com

## LOCAL RULE 7(e) CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, certified mail, to the following:

Marlyn Tsai
109 Byram Shore Road
Greenwich, CT 06830

John S. Rogers, Esq.
General Counsel - Calf Island Community Trust, Inc.
330 East 43rd Street
New York, NY 10017

Charles E. Gallagher
Secretary - Calf Island Community Trust, Inc.
143 River Road
Cos Cob, CT 06807

/s/ Brenden P. Leydon
Brenden P. Leydon

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this date, postage pre-paid, to the following:

Philip H. Bartels, Esq.
Holland, Kaufmann & Bartels
289 Greenwich Avenue
Greenwich, CT 06830

Jay H. Sandak, Esq.
Sandak, Friedman, Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

John Hughes, Esq.
Office of United States Attorney
157 Church Street, 23rd Fl.
New Haven, CT 06508

_____
Brenden P. Leydon