FILED

2003 OCT 28  A 11: 04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
(At Bridgeport)

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>                     Plaintiff,     )<br>v.                                   )<br>                                     )<br>28.8 ACRES OF LAND, MORE OR         )<br>LESS, LOCATED OFF THE COAST OF      )<br>GREENWICH, SITUTATED IN THE         )<br>COUNTY OF FAIRFIELD, STATE OF       )<br>CONNECTICUT, YOUNG MEN'S            )<br>CHRISTIAN ASSOCIATION OF            )<br>GREENWICH, CONNECTICUT (YMCA),      )<br>AND UNKNOWN OWNERS, ET. AL.,        )<br>                                     )<br>                     Defendants.)   | CASE NO.3-03-CV-275(AHN)<br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 27, 2003 |

**NOTICE OF APPEARANCE**

**PLEASE ENTER MY APPEARANCE**, in the above-entitled action as counsel for the Defendants, **THE CALF ISLAND COMMUNITY TRUST and MARILYN TSAI**.

Dated at Stamford, Connecticut, this 27th day of October, 2003.

THE CALF ISLAND COMMUNITY TRUST AND
MARILYN TSAI

BY: _____
    John V. A. Murray/ct06756
    Of Counsel
    DISERIO MARTIN O'CONNOR &
      CASTIGLIONI LLP
    One Atlantic Street
    Stamford, CT 06901
    (203) 358-0800

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed to all counsel and pro se parties of record:

United States Attorney
Attorney For Plaintiff
John Hughes, Civil Chief
P. O. Box 1824
New Haven, CT 06058

Philip H. Bartels, Esq.
Attorney For YMCA
Holland, Kaufman & Bartels
289 Greenwich Avenue
Greenwich, CT 06830

Jay H. Sandak, Esq.
Mary E. Sommer, Esq.
Attorney for Trust For Public Land
Sandak, Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Joy Ryan, Attorney
U.S. Department of Justice
P. O. Box 561
Ben Franklin Station
Washington, DC 20044

Dated:    Stamford, CT
          10/27/03

_____
John V. A. Murray/ct06756