UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:03CV275(AHN) |
| | ) | |
| 28.8 ACRES OF LAND, MORE OR LESS LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT and UNKNOWN OWNERS, ET AL., | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | December 21, 2006 |

**MOTION FOR FINAL JUDGMENT**

The United States of America hereby moves for the entry of a Final Judgment in the above-captioned condemnation action, pursuant to Fed. R. Civ. P. Rule 71A. A proposed Final Judgment is attached for the Court's consideration. Counsel of record have been consulted and have no objection to this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN B. HUGHES
CHIEF, CIVIL DIVISION
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TEL. (203) 821-3700; FAX: (203) 773-5373
FEDERAL BAR NO. ct5289
john.hughes@usdoj.gov

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Final Judgment was mailed first-class, postage pre-paid, this 21st day of December, 2006, to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

Anthony Conte
Regional Solicitor
United States Department of the Interior
Office of the Solicitor General
One Gateway Center, Suite 612
Newton, MA 02458-2802

Julia Evans, Esq.
Lew Baylor, Esq.
United States Department of Justice
Environment & Natural Resources Div.
Land Acquisition Section
P. O. Box 561
Ben Franklin Station
Washington, D.C. 20044

John V. A. Murray, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CT 06901

Mary Sommer, Esq.
Sandak, Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Silver, Golub & Teitell, L.L.P.
184 Atlantic Street
Stamford, CT 06905

_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION