UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:03CV275(AHN) |
| | ) | |
| 28.8 ACRES OF LAND, MORE OR LESS | ) | |
| LOCATED OFF THE COAST OF | ) | |
| GREENWICH, SITUATED IN THE | ) | |
| COUNTY OF FAIRFIELD, STATE OF | ) | |
| CONNECTICUT, YOUNG MEN'S | ) | |
| CHRISTIAN ASSOCIATION OF | ) | |
| GREENWICH, CONNECTICUT and | ) | |
| UNKNOWN OWNERS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | December    , 2006 |

**FINAL JUDGMENT**

Upon the motion of the United States of America for entry of Final Judgment,  the Court being of the view that the law and evidence support the final resolution of this matter in accordance with the provisions of Fed. R. Civ. P. Rule 71A, and the Complaint, the Declaration of Taking, the Ruling on Motions for Summary Judgment, the Stipulation for Revestment of Restrictive Covenant, the Order of Revestment of Restrictive Covenant, and the Order of Distribution all of which are a matter of record in this case, hereby makes the following findings:

1.  On February 13, 2003, the United States filed herein its Complaint in Condemnation and Declaration of Taking and deposited the sum of Six Million Dollars ($6,000,000.00) into the registry of the Court. At that time, title to the property identified as Calves Island vested in the United States by operation of law.  The Declaration of Taking recorded in the Greenwich Land

1

Records on March 7, 2003, in Book 4139, Page 171, identified the subject property and the estate

taken as follows::

> The land with the buildings thereon which comprise Calves
> Island is located off the coast of Greenwich, Fairfield County,
> Connecticut.  The subject property is more particularly described in
> a deed filed with the Greenwich Land Records in Book 538, Pages
> 93-98 and is further identified on the Town of Greenwich Tax Map
> 44, Lot 6.  The land aggregates 28.8 acres, more or less, situated in
> and being in Fairfield County Connecticut and lies within the
> designated boundary of the Stewart B. McKinney National
> Wildlife Refuge.

> The estate taken for said public use is the full fee simple
> title in and to the land, together with all and singular the water
> rights and other rights, tenements, hereditaments, and appurtenances
> thereunto belonging and in any way appertaining, subject to
> existing easements for public roads, highways, and railroads,
> ditches, telephone, telegraph, and power transmission lines.

    2.   This condemnation action, docket number 3:03CV00275(AHN) was thereafter

consolidated with a previously filed action, <u>Calf Island Community Trust, Inc.</u> v. <u>YMCA of

Greenwich,</u> Civil No. 3:02CV462(AHN) on March 31, 2003.

    3.   Pursuant to Fed. R. Civ. P. Rule 71A(j), the amount of just compensation on deposit

with the Court, plus interest, was disbursed to the Claimant and former owner YMCA of

Greenwich, Inc., in accordance with an Order of the Court entered July 31, 2003, and a

Supplemental Order entered August 21, 2003.  The Clerk of the Court disbursed funds in the

amount of $6,031,749.02 to YMCA of Greenwich, Inc., on August 22, 2003.

    4.   On January 26, 2005, the Court granted a Motion for Summary Judgment filed by

YMCA of Greenwich, Inc., and a Motion for Partial Summary Judgment filed by the United

States in the consolidated cases.  The Ruling held that the intervenor, Calf Island Community

Trust, Inc., lacked standing to contest the condemnation and further held that the condemnation action was authorized by statute.

5.   Pursuant to  Fed. R. Civ. P. Rule 71A(e), after notice to all interested parties, the Court conducted a hearing on October 18, 2005, to determine the amount of final compensation and distribution to be awarded to any claimants.

6.   At the October 18, 2005, hearing, the Court recognized and approved distribution to the YMCA of Greenwich, Inc., and ordered claimant, Susanne P. Wahba, to file supporting documentation for her claim to compensation based on a restrictive covenant.

7.   The condemnation of Calves Island by the United States, through the filing of the Declaration of Taking extinguished the interest of Susanne P. Wahba in Calves Island based on a restrictive covenant contained in a deed recorded on June 24, 1955, at Book 538, and Page 93 of the Greenwich Land Records which benefitted the property she owns located at 111 Bryam Shore Road, Greenwich, Connecticut.

8.   Pursuant to a Stipulation for Revestment of Restrictive Covenant between the United States and Susanne P. Wahba, filed on September 27, 2006, an Order of Revestment of Restrictive Covenant was entered by the Court on September 29, 2006, which revested certain portions of the restrictive covenant back to Susanne P. Wahba without an award of  any additional compensation.  The Revestment is more particularly described in the Order of Revestment which has been recorded in the Greenwich Land Records in Book 5310 at Page 262, and a copy of which is attached hereto as Exhibit 1.

 It is therefore ORDERED and ADJUDGED that a Final Judgment be entered that the just compensation due for the rights acquired by the United States in Calves Island as set forth

above is Six Million and 00/100 ($6,000,000) Dollars, the amount initially deposited by the

United States in the registry of this Court, plus the interest accrued thereon from the date of

deposit to the date of disbursement for a total of $6,031,749.02, which amount was disbursed to

the YMCA of Greenwich, Inc. on August 22, 2003; that no additional award of compensation is

due to any other claimant; that a judgment of dismissal of all claims by Calves Island Community

Trust, Inc., is entered; that the full fee simple title in and to the land, together with all and

singular the water rights and other rights, tenements, hereditaments, and appurtenances thereunto

belonging and in any way appertaining, subject to existing easements for public roads, highways

and railroads, ditches, telephone, telegraph, and power transmission lines are vested in the United

States; and the restrictive covenant in favor of Susanne P. Wahba, as set forth in the Order of

Revestment of Restrictive Covenant, is hereby entered.  The parties shall be responsible for their

own legal fees, costs and expenses, including attorneys' fees, consultant s' fees and any other

expenses.

      Dated at Bridgeport, Connecticut, this _____ day of _____, 2006.


                              _____

                              ALAN H. NEVAS
                              SENIOR UNITED STATES DISTRICT JUDGE